PENTHOUSE INTERNATIONAL LTD. v. EASTMAN
KODAK COMPANY.

June 16, 1982.

Cross-petition for certification denied. (See 184 *N.J.Super.* 130)

RAYMOND & MARY LOU BUCH v. TOWNSHIP OF FRANKLIN.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LYNN.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CURTIS SWEENEY.

June 16, 1982.

Petition for certification denied.